EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
JEFFREY J. KOCH
Supervising Deputy Attorney General
SCOTT C. TAYLOR, State Bar No. 137887
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2605
Fax: (619) 645-2191
Email: Scott.Taylor@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE BAHENA,**<br><br>Petitioner,<br><br>**v.**<br><br>**VICTOR M. ALMAGER, Warden, et al.,**<br><br>Respondents. | 08CV0214 H (JMA)<br><br>**APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254)** |

Scott C. Taylor declares under penalty of perjury:

I am the deputy attorney general assigned to prepare Respondent's briefing in the above entitled case. On March 14, 2008, this Court filed an Order Reopening Case and Setting Briefing Schedule. Respondent's Answer in this matter is due on May 19, 2008.

As a result of Petitioner's conviction of burglary and vandalism offenses, he was sentenced to fourteen years in state prison. Petitioner has filed the underlying federal habeas petition in this Court on February 4, 2008.

I have determined that the petition must be answered on the merits.

/ / /

I respectfully requests that the Court grant a thirty-day enlargement of time so that the answer to the Petition is due no later than June 19, 2008, for the following reasons:

In the past thirty days, I have completed respondent's briefs in *People v. Beck* (Case No. E043599), *People v. Suarez* (Case No. E042936), *People v. Brandon R.* (E044847) and *People v. Anthony M.* (Case No. D052421). I have attended a deposition in Oakland, California as part of federal habeas corpus litigation in a capital case *Horace Kelly v. Jeanne Woodford, Warden* (Case No. CV 93-2951 TJH).

In addition, I am in charge of the student intern program in this office which requires me to supervise a group of students in their writing of briefs and oral arguments in the Court of Appeal and to recruit and interview future interns..

Granting of a thirty-day extension will allow me to adequately represent respondent in this case and to prepare a response which will aid the court and sufficiently address the issues raised on appeal.

As I will need more time to complete my brief and have it reviewed by my supervisor, I request that the time to file respondent's answer be extended approximately thirty days through June 16, 2008.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 16, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

JEFFREY J. KOCH
Supervising Deputy Attorney General

s/ Scott C. Taylor
SCOTT C. TAYLOR
Deputy Attorney General
Attorneys for Respondent

SCT:rt
70124038.wpd
SD2008800794