# CERTIFICATE OF SERVICE

Case Name: **Bahena v. Almager** No.: **08CV0214 H (JMA)**

I declare:

On May 16, 2008, I electronically filed the following document(s):

* **APPLICATION FOR THIRTY-DAY ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254)**

and e-mailed the following document to the assigned magistrate judge:

* **[PROPOSED] ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254)**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**Enrique Bahena, J-67271**
**Centinela State Prison**
**P. O. Box 901**
**Imperial, CA 92251**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 16, 2008, at San Diego, California.

| R. Tolentino | [signature] |
|---|---|
| Declarant | Signature |

SD2008800794
70124195.wpd