IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE BAHENA,**<br>Petitioner,<br>**v.**<br>**VICTOR M. ALMAGER, Warden, et al.,**<br>Respondents. | 08CV0214 H (JMA)<br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS (28 U.S.C. § 2254)** |

GOOD CAUSE HAVING BEEN SHOWN, Respondent's request for enlargement of time to file an Answer is GRANTED. The time for filing Respondent's Answer is enlarged to and including **June 16, 2008**. Petitioner shall file a Traverse to Respondent's Answer not later than **July 31, 2008.**

IT IS SO ORDERED.

DATED: May 20, 2008

Jan M. Adler
U.S. Magistrate Judge