Enrique Bahena J-67271
Centinela State Prison
P.O. Box 901 A2-216u
Imperial, Calif. 92251

NUNC PRO TUNC
MAY -9 2008

FILED
2008 MAY 20 PM 3:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

SUPREME COURT OF THE CALIFORNIA REPUBLIC

| | |
|---|---|
| Enrique Bahena, Petitioner, vs. V. Almager, warden, Respondent. | Case No. EHC-572 [Superior court Case No. [California Supreme Court No. 04/13/08 08CV0214 H(JMA) Notice of Omnibus Motion to Determine the Proper Authority & Jurisdiction of This Matter, Case & Writ of Habeas Corpus as subjiciendum According to the Common Law Exclusively & Notices: |

I Move This Honorable Court to Now Illuminate & Exercise My Unalienable Rights to Have This Matter, Case, Grounds & Writ of Habeas Corpus ad Subjiciendum Adjudicated According to The Common Law Exclusively. By the 7th Amendment & Article III of The American Constitution of these united States of the American Republic, the Union; N.C.D. 5 of the Declaration of Rights of 1774; the English Bill of Rights of 1689; the Bushell's Case of 1670: But Without the 14th Amendment or Article I, § 8, clause 17, USCA.

Comes Now, **Enrique Bahena**, a Natural Free Born Sovereign American Citizen of the American Republic, hereinafter 'Petitioner' who ask this Honorable Court to Look to the Content & Substance of this Omnibus Motion & Not the Form, as I'am not a lawyer, but a very Humble Student.

<u>I declare;</u> that I'am a Innocent American Citizen, Unlawfully Caged By the California Department of Corrections & Rehabilitations, C.D.C.& R..

<u>I further declare</u>; that I'an NOT the 'juristic person' as is used & protected by the 14th Amendment, U.S.C.A., with Man Created Legislative Privileges or Immunities & citizenship. But a Preamble Citizen of the American Republic, a Sovereign American Citizen being Naturally Born Free in the Several States, the American Republic, Endowed at My Birth By Our Creator, God, the Supreme Being with Certain Rights, Unalienable, Natural & Fundamental as a Matter of Birthrights. I'am in fact a Direct Decendant of the Americans Who in fact Made themselves Party to the Signing & Adopting of the Vienna Convention, the Treaties thereby party to the signing of the Declaration of Rights of 1774; the Declaration of Independance; the Treaty of Peace of Sept. 3, 1783; the Original American Constitution(s); the American Bills of Rights, all

of which are the Supreme Common Law of the Land, a Contract with the people of the Several states of the American Republic, the Union. Article IV, § 2; VI, § 2.

(**Taylor v. Porter** 4 Hill, 140, 146; **State v. Simon** 2 Spears, 761, 767; **Dred Scott** 19 How, 393, 406-07; **Webster v. Reid** (1850) 52 US 437, 455; **Dodge v. Wooley** 59 US 331, 336)

**Who in fact Claimed for themselves all of the Rights of the Englishman, the English Common law, the English Bill of Rights of 1689, the Magna Carta of 1215, ect...Therefore My Sovereign American Citizenship & Unalienable Rights existed without & before the 14th Amendment or Article I, § 8, clause 17. Endowed us, Granted us by Our Creator, God, the Supreme Being & could not & do Not depend upon the 14th Amendment or Article I, § 8, clause 17, U.S.C.A..** (**Perkins v. Elg**, 99 F.2d 408, 410 (1938))

**Please Take Legal Notice;** that any reference to the **14th Amendment or Article I, § 8,** clause 17 are only supporting & **not** Primary Argument(s), as the **14th Amendment & Article I, § 8, clause 17 do not apply to Me,** as I'am a Natural Free Born American Citizen.

"**The only purpose** of the **14th Amendment**...was to confer the status of citizenship upon a numerous class of **persons** domiciled within the limits of these United States **who could not** be brought within the operation of the naturalization laws; because native born, & whose birth, though native, at the same time left them **without** citizenship. Such **persons** were **not** white people, but in main were of African blood, who had been in slavery in this country..." (**Van Valkenburg v. Brown** 43 Cal. 43, 47 (1872)) **But who now are Born Free.**

"**Article IV, § 3** of the Constitution to dispose of & make all needfully **Rules & Regulations** [324 US 674] respecting the **Territory or other Property** belonging to **the** United States. In exercising this Power, Congress is **not** subject to the same Constitutional Limitations, as when it is legislating for **these united States, &** in general the Guarantees of the Constitution, save as they are **limitations upon the exercise** of executive & legislative Power when **exerted for or over Our insular possessions extend to them only** as Congress, in the exercise of its legislative power over Territory belonging to the United States, has made those Guarantees applicable." (sic)
(Quoting **Hooven v. Evatt** 324 US 652, 674-678 ( ))

"**It is true**, every person, & every class & description of persons, who were at the time

**time of the Adoption of the American Constitution, recognized as Citizens in the several States, became also Citizens of this New Political Body: but none other, it was Formed by them, & for them & their Posterity,** but for no one else. & the personal Rights & Privileges Guaranteed to **Citizens of this New Sovereignty** were intended to embrace those who were members of the several States communities, or who should afterwards by **birthright or otherwise became** members, according to the provisions of the Constitution & **principles on which it was founded.** It was **the union of those who were at that time members of distinct** & seperate political communitities **into one political family, whose power, for** certain specified purposes, **was to extend over the whole Territory of these united States, & it gave to each Citizen Rights & Privileges outside of His State."**
(Quoting **Dred Scott** 19 How, 393, 406-07 (1857))

"Because the **14th Amendment** (juristic person) federal government citizenship was the result of a grant from the legislature, United States citizens, **subject to its** jurisdiction were in fact given, granted **civil legislative rights, civil rights as opposed to Our God given, endowed Unalienable Rights, they are Inherent & unchangable by a man or group of men. 'A civil right** is considered a right **given & protected by law, &** a **'person's'** enjoyment thereof is **regulated** entirely by the law that created it."
(82 Cal. 369, 375; 255 P. 760)

**"The Common Law Maxim & the Constitution are founded in the Humanity of the Law & in a Jealous Watchfulness over the Rights of the Citizen,** when brought in **unequal contest with the state,** it is, doubtless, in the Spirit of this benign Rule in the Common Law [144 US 316] embodied in the federal Constitution, -- a **Spirit of Liberty & Justice, tempered Mercy,** -- that the several of the states of this Union." (**State v. Jones** 7 Ga. 422, 424)

**"Whenever the judicial power is called into play,** it is respnsible directly to the **Fundamental** (Constitutional) **Law, the Common Law & no other authority can intervene** to force or authorize the judicial body to disregard it." (**Yakus v. US** 321 US 414, 468)

**The established Doctrine is that Liberty may NOT be interfered with, under the guise of protecting public interest, by legislative act..." "There is no such thing as Power of inherent Sovereignty in the government. Sovereignty resides in the People, & Congress can exercise No Power** which they have Not by Our Constitution entrusted to it: all else

is withheld." (**Julliard v. Greenman** 110 US 421, ( )) **By the American Sovereignty.**

In Our Country the People are Soveriegn & the government **cannot** sever its relationship to the people by taking away their Citizenship. Our Constitution governs & we must never forget that Our Constitution limits the government to those powers specifically granted of those that are necessary & proper to carry out the specifically granted ones. The Constitution of course, grants Congress no express power to strip people of their Rights or Citizenship. (**Afroyim v. Rusk** 387 US 253, 258 (1967))

The People, or the Soveriegn American are not bound by general words in statutes, restrictive of prerogative Right, title or interest, **unless expressly named. Acts of limitation** do not bind the King nor the People. The People have been ceded all the Rights Rights of the King, the former Soveriegn..." (**The People v. Herkimer** 15 Am Dec 379 (1825))

"Since in common usage, **the term person does not include the Soveriegn**, statutes not employing the phrase are ordinarily construed to exclude it." (**US v. Fox** 94 US 315, )

"The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to carry on his private business **in his own way**. His power to contract is **unlimited**. He owes no duty to the State, since he recieves nothing therefrom, beyond the protection of his life & property. His Rights are such as existed by the Law of the Land, long antecedent to the organization of the State, & can be only molested by Due Process of the Law & in accordance with the Constitution. **He owes nothing to the public so long as he does not trespass upon their Rights.** (**Hale v. Henkle** 201 US 43, 74 (1 ))

It is a maxim of law that the **Rights of Sovereigns cannot be taxed or regulated by the governemnt.** Only government **granted privileges** can be taxed & regulated by the government. The **person** referred to in Codes, unless a counter intent is evident, is a corporate or juristic **entity with only legislative rights.** It is that juristic (recognized at law) **person** that the government has jailed as an incentive to **comply** with its **Codes.** The Sovereign American it **not** the legislative **person!**

These united States adopted the Common-law of England with the Constitution, **U.S.C.A.** (**Ex parte Lange** 85 US 163, 170, 176 (1874); **Caldwell v. Hill** 176 S.E. 383 (1934))

"Here [in the American Republic] Sovereignty rests with the People." (Chisholm, Ex'r. v. Georgia, 1 L. ed (2 Dall) 415, 472) The American Republic forms the American Sovereignty...They are what is familiarly called the 'Sovereign people', & every Citizen is one of this people, & a constituent member of the Sovereignty..."'Jusutendi et abutendi...' (Wong Kim Ark at 916; Dred Scott 60 US 393; 19 How, 577)

"Legislation enacted by Congress applicable to the inferior Courts in the exercise of the Power under Article III of the Constitution cannot be affected by legislation enacted by Congress under Article I, § 8, clause 17." (D.C. Code, Title 11 at pg. 13)

"The sole object & only legitimate end of government is to protect the Citizen in the enjoyment of Life, Liberty, & Property, when government assumes other functions it is usurpation & oppressive." Alabama Constitution, Article I, § 35.

"Our Rights are antecedent to all earthly governments; Rights that cannot be repealed or restrained by human laws; Rights derived from the Great Legislator of the Universe." (John Adams, our 2nd, President)

"Article IV, § 4, the people who are the Absolute Sovereigns & the government who is the servant, the Sovereign Citizen is subservient only to God & His Conscience. The Sovereign is not subject to the servant, any more than the parent is subject to their child. The Sovereign has 'all of the Rights of the King of England, & all of his preogatives.' as long as he does not infringe upon the Rights of other Sovereigns."

Government can only exercise such powers (to protect our Rights) as have been delegated to it, & when it steps beyond that boundary, its acts...are Utterly VOID." (Billings v. Hall 7 Cal. 1)

Samuel Adams said, "if men, through fear, fraud, or mistake, would renounce or give up any natural Right, the eternal Law of reason would absolutely vacate such renunciation. Natural Rights being the gift from almighty God, it is Not in the power of man to alienate this gift & voluntarily become a slave."

The Great Protective Principles of the Common Law, in favor of Liberty, an Unalienable Right gives the Power. Our Unalienable Rights of Life, Liberty, Property & Happiness.

The Contract Mirror Image Rule, under Common Law Rules, an acceptance must be not only Clear but also unconditional. This concept, called the Mirror Image, or Matching Ribbons

Rule of Common Law, means that the acceptance must Match, Term by Term, the provisions in the offer, any diviation from these Terms, whether by alteration, or omission, makes the acceptance Invalid & Tantamount to a Rejection of the offer Originally made. This result follows the Common Law offeror's Power to set the Terms of the Offer & acceptance.

**The States are Obligated to the Original Common Law Contract, every Term & Provision, Article I, §§ 9 & 10. The Original Contract which in fact Formed the American Republic, made, signed & adopted by we the Sovereign Americans to Protect Our Rights, the Common-Law, the Original American Constitution, the Original Constitutions of the Several states, the Original Bills of Rights, the English Bill of Rights of 1689, Magna Carta, are in fact the Supreme Common Law of this Land, the American Republic.**

**The Original Contract, the Original Constitutions, the Original Bills of Rights, A Change cannot release a State or the government from a Contract made under the American Constitution which authorized it to be made.** A State Constitution is a Law within the meaning of the American Constitution **prohibiting Laws Impairing the Obligations of Contracts, Article I, §§ 9 & 10.**

1) **Because** the Constitution of every State must be **made in Subordination** to the American Constitution; & that in this respect, the Constitution of a State in no way differs from any other law, & such Constitution can no more direct the legislature to pass a Law Impairing the Obligation of a Contract (the Original Contract), than it can direct or authorize the State to make Treaties, Alliances, Condederations, Coin Money.

2) **Because** the **Power to make** Treaties, Alliances, Confederations, Coin Money, Pass ex post fact Laws, & Laws Impairing the Obligations of Contracts, & c., **was surrendered by the State** & is no longer possessed by the people or the legislature of the State.

3) **Because** if this can be done, it **breaches the Contract made by the Whole of the American Sovereignty, & would annul Articles I, § 10 & Article 6 the Supreme Law clause.**

4) **Because, thereby the American Constitution** would virtually become in each State, what the people of such State might choose to make the American Constitution, **but without asking the Whole of the American Sovereignty,** the Rest of the Several States of the Union.

**The Framers of the American Republic Contract, the American Constitutions, the Bills of Rights did not purport to 'Create Rights,'** rather to **prohibit** governments from **infringing Rights & Liberties** presumed to be **pre-existing, from God. Amendment** 9, USCA.

**It is Fundamental in Law,** that the Common Law, Constitutions & Statutes are to be read & construed **Liberally in Favor of Americans** charged with criminal injury, with a crime. (**Ex parte Lange** 85 US 163, 164, 170, 174, 176 (1873))

**The Declaration of Independence,** (the unanimous Declaration of the 13 **united** States:) **Assume among the powers of the earth,** the seperate & equal station to which the **Laws of Nature & of Nature's God entitle them...**all **Men** are **created equal** that they are **endowed by their Creator with Certain Unalienable** Rights...That to **secure these Rights,** governments are instituted among Men, deriving their **Just Powers from the Consent of the governed...***** "The state governments have **only delegated power** from the (Sovereignty) the Sovereign American Citizens of which **made & adopted** the American Constitution, **it in fact binds the state governments without their consent.** These united States of the American Republic, the Union, as a whole, therefore, **emanates from the American people & NOT from the states, nor** the Constitution or laws of the states, whether made before or since the adoption of the **American Constitution, Laws & Treaties made in the pursuance of it, the Union of the American states.** (From 4 Wheat 402, **Sovereignty Bouvier Dictionary**)

* <u>Please Take Legal Notice;</u> **I'am a Sovereign American Citizen, who asserts All of My Rights at All Times, & waives None of My Rights at Any Time, including My Right to Time.***

**This form of government Our Founding Fathers established for Us, to Protect Our Rights & Freedom is the American Republic,** under Our Constitutional Republic, We the Americans are the **Absolute Sovereign**(s), **Article IV, § 4,** the Fundamental Principles of Equality.

**On September 3rd,** 1783, after the Revolutionary War, a delegation lead by **Ben Franklin** met in **Paris & Signed the 1783 Treaty of Peace.** In Our Treaty, and its two Addendums **Signed by the King of England, France & Spain, the King of England Ceded His Sovereignty in America, to the people of the American Colonies, to We Americans their Posterity.**

**It is NOT reasonable to assume,** that these **Patriots who Fought & Died for Our Freedom & Rights** in the Revolutionary War to **obtain Our Sovereign Independence, to absolve themselves of the Persecution,**

themselves of the persecution, the Centralized Power, the Jurisdiction of the English Parliament & Crown, would NOT shortly there after Cede a Comparable Power & Jurisdiction to a Centralized Federal Government. These Sovereign American Citizen established the AMERICAN REPUBLIC, a nation Unique in all the World, FREE of government Greed, Power, Interference & Restraint. They Created Our American Republic where All Men are Equal to a King, EACH SOVEREIGN, where We Citizens have No Power Over US except God & Conscience. ..the American Republic where Happiness is a Sacred Right & Liberty, FREEDOM & Our Independence are Fundamental & Unchangeable Principles, Unalienable Rights, from God.

In US v. Lee, 106 US 196, 208; "Under Our System [in American] the Sovereign people, who are there [in England] called subjects, are here the Sovereign, Their Rights, whether collective or individual, are not bound to give way to sentiment of loyalty to the person of a Monarch, The Citizen here [in American] knows no person, however near to those in power, or however powerful himself to whom he need Yield the Rights which the Common Law secures Him when it is Well Administered..." (Id. 208 sic)

"The established Doctrine is that American Liberty may not be interfered with, under the guise of protecting public interest, by legislative action..." (Meyer v. Nebraska, 262 US 390, 399, 400) "All Laws which are REPUGNANT to the American Constitution are in fact NULL & VOID." (Marbury v. Madison 5 US 137, 174, 176, 177-80)

The Common Law, the Great American Contract, the Constitution of the American Republic, gives Our governments the Only Authority of the American Sovereignty to Protect Our Rights, Unalienable, Natural & Fundamental, endowed Us the Sovereign Americans by God, the Supreme Being, & no Man or Group of Men has the Authority to change or over-write what has been written by the Hand of the Divine, the Laws of Nature & Nature's God.

Our American Rights are Rooted in the English Common Law at the time the Great American Contract, the Constitution of the American Republic was adopted to Guarantee Americans Greater Freedom than had been enjoyed by their, Our Ancestors who had been driven from Europe by persection. Undoubtedly, in the American states, prior to the formation of the Constitution the necessity for the protections afforded by the English Bill of Rights had

ceased to be a matter of concern, because, as a matter of Rule, **the Oppression & the Persecution** of former times were no longer imposed, until these many years later.

**The English Bill of Rights of 1689, is eternal...Ex parte Milligan,** 71 US 2, 66 (1866) **"But Our Fathers** were not absurd enough to put unlimited Power in the hands of the Ruler & take away the **Protections** [71 US 67] of the Law for the Rights of individuals. It was thus that they meant to **Secure the Blessings of Liberty to themselves & their Posterity. 'They determined that not one Drop of the Blood which had been Shed on the other Side of the Atlantic** during Seven Centuries of contest with Arbitrary Power, should **Sink into the Ground; but** the **Fruits of Every Popular Victory** should be **Garnered up in the New American Republic.'** Of all the **Great Rights already Won they threw Not Atom Away.** They went over **Magna Carta, the Petition of Rights, the Bill of Rights, & the Rules of the Common Law & whatever was Found there to Favor Individual Liberties they Carefully Inserted in Their, Our Own System, Improved by Clear Expression, Strengthened by Heavior Sanctions & Extended** by more Universal Application. They put all those **Provisions into the Organic Law, so that niether Tyranny** in the executive, **nor Party Rage** in the legislature, **could change them without destroying the government itself.** (sic)(**Id.** 68)

**In the Declaration of Rights Unanimously Adopted October 14, 1774, by the Continental Congress, it was Resolved, that the respective Colonies, the Several states are entitled to the Common Law of England.** (**Maxwell v. Dow,** 176 US 581; 1 **Jour. Congress** 28)

***The Common Law has only (2) Solid Principles which all is Based:***

**1) Do Not Encroach Upon the Rights or Property of Others, &**

**2) Keep All Contracts & Agreements that You Enter Into Knowingly, Intentionally, &** Willingly.*

**The Common Law is Derived from Principles rather than Rules,** it does not consist of Absolute, Inflexible statutes, **but rather of Broad & Comprehensive Principles Based on Morality, Reason, Conscience, Truth & Justice, Laws of Nature & of Nature's God.**

**Under the Common Law, if there is No Victim, there is No Crime,** there Must Be Injury, an Injuried Member of the American Sovereignty to personally file Formal Legal Charges.

In the Form of Legal Indictment or Presentment, the **state must ask for the Permission**, the Specific Authority of the American Sovereignty, a Grand Jury, to put Him to Trial.

Under the Common Law a Sovereign American **is Free** to Conduct His Affairs **according to His Own Conscience** as long as He Keeps His Contracts & Agreements He Enters into **Knowingly, Voluntarily, Intentionally & does not Encroach Upon the Rights of Others.**

**The Common Law is derived from Principles, it is the WILL of the people, the American Sovereignty, the Civil law** is the WILL of the government. Civil laws are established for the Purpose of **Regulating** the **14th Amendment 'juristic person'**, the **Article I, § 8, cl 17 clause 17 'juristic person'**, imposing fees & establishing penalities for **noncompliance**, **Morality & Justice are Not Mandatory** in Civil Law, no need to ask the Sovereignty.

**The Great Protective Principles of the Common Law, the Doctrine of Due Process,** in the words of Our **Supreme Court:) "Embodies** a System of **Rights Based On MORAL Principles** so Deeply Imbedded in the Traditions & Feelings of Our People as to be Deemed **Fundamental** to a Civilized Society as Conceived By Our Whole History. **Due Process** is that which Comports with the **Deepest Notions of What is Fair & Right & Just.** Traces all the Way Back to **Magna Carta** of 1215, in which **King John Promised** '[n]o **Free Man shall be Taken or Imprisoned or Disseized or Exciled or in Any Way Destroyed, nor Will We Go Upon Him nor Send Upon Him, Except by the Lawful Judgment of His Peers..."**

At the **Nuremburg Trials, the Gestapo** claimed innocence on the Grounds they were Under Orders & Obeying **Germany's Laws.** The prosection argues, there **is a Higher Law than any government** can Impose upon Us, the **Judges Agreed,** stating: The fact the Defendents acted pursuant to an Order of his government or a superior **shall Not Free Him From Responsibility.** In that Significant Decision, the Court Acknowledged **A Higher Law Exist,** above that of the **government.** The **Gestapo** had **Broken the Laws of Nature & Nature's God, the Laws of Morality & Reason,** therefore, the **Gestapo were in fact Put To Death.**
**(Holy Scriptures; James 2:8; Matthew 22:36-40; Matthew 7:12)**

<u>Please Takee Legal & Judicial Notice</u>: **Under the Doctrine of** Law, which Requires States & Courts to **Recognize the Laws of Sister States & Laws** of **the American Republic, the Union,** & Due to the fact Where I'am now Confined at this Time, in a State prison with a Very Poor & Limited Stock of Legal Materials, & Very Limited Access to any Help or Legal Works.

Poorly Stock Law Libray, with Little to No Access. I Hereby Make Formal Request, as the First Party, the Petitioner, the Court Take Judicial Notice of Law; under Montanna Code Annotated (MCA): There should be a similar Section in California & in Most States of the Union, however, it is Not Found in this Poorly Stocked prison Law Library. Therefore I Invoke My Rights under MCA Rule 202(a), this Rule governs Judicial Notice of Law. The First Kind of Law under M.C.A. Rule 202, is noted (1) The Common Law, Constitutions & Statutes of these united States & of this & every other State, Territory, & Jurisdiction of these united States of the American Republic.

This Writ of Habeas Corpus ad subjiciendum, is an Unalienable Right at Common Law;)

Please Bear in Mind the extraodinary Prestige of the Great Writ of Habeas Corpus ad subjiciendum, in Anglo-American Jurisprudence; the Most Celebrated Writ in the English Common Law; 3 Blackstone Commentaries 129. It is'a Writ Antecedent to statute, & thrown its Roots Deep into the Genius of the Common law***. It is perhaps the Most Important Writ known to the Constitutional Law of England, affording as it does a Swift & Imperative Remedy in All cases of Illegal Restraint or Confinement. It is of Immemorial Antiquity, an instance of its use occurring in the 33rd year of Edward I.' Received into Our Own Law in the Colonial Period, Article I, § 9, the Bushell's case of 1670.

The Power of the American Sovereignty is Found in the Common Law, the Great Protective Principles of Liberty Interest in My Unalienable, Natural & Fundamental Rights, to Make & Grant Writs of Habeas Corpus ad subjiciendums. It is Hardly Supposed, that Under the New governemnt, Founded on More Liberal Ideas & Principles, any Court could intentionally be closed to them. (Ex parte Yerger, (1866) 75 US 85, 96)

"***[W]hen a Man is brought by Habeas Corpus, & upon return of it, it appears to the Court, that He is Against Law Imprison'd & Detain'd, *** He Shall Never By Act of the Court Remanded to His Unlawful Imprisonment, for then the Court should Do An Act of Injustice in Imprisoning Him, de novo, Against Law, where the Great Charter is, 'Quod nullus libet homo imprisontur nisi per legem terrae:'" This is the Case at Present, now Before This Honorable Court. (Quoting Fay v. Noia, 83 S.Ct. 822, 828, 830)

"All Judges Have Sworn their Oaths & Honor to Uphold the Common Law, the Constitution of the American Republic, the Judicial Power is, extended to All Cases, Article III.

Congress has Exceeded its Authority by Requiring the Courts, the Federal Courts to exercise the Judicial Power of the American Republic, Article III, § 1, in a Manner Repugnant to the Text, Structure, & Tradition of Article III...

...Article III establishes a Judicial Department with the Province & Duty...to say what the Law is in particular Cases & Controveries. (Marbury v. Mqdison 5 US 137, 177-80)

The records of History Shows the Framers Crafted this Charter of the Judicial Department with an Expressed Understanding that it Gives the Judiciary the Power, not merely to Rule on Cases, but to Decide Them, subject to review only by Superior Courts of Article III, on behalf of the American Citizen -- with the Understanding, in short, that a Judgment on behalf of the Citizen Conclusively Resolves the Case, because a Judicial Power Render Dispositive Judgments. (sic)

I Make Formal Request of this Honorable Court, to Now take Jurisdiction of this Matter, Case, Writ of Habeas Corpus & Grounds Under the Common Law & Article III, as it is My Unalienable Rights, Thank You.

Have A Nice Day!

Without Prejudice U.C.C. 1-207, 1-103 & 1-105

Our Word is Our Bond, I Swear this to Be True & Correct, to the Best of My Knowledge, By the Alpha & the Omega, By the Holy Scriptures.

[signature]

## VERIFICATION

STATE OF CALIFORNIA ) On this day, Listed Court Pleadings Were Given
COUNTY OF IMPERIAL ) To Prison Officials For Filing/Mailing

( C.C.P. §446 & 2015.5; 28 U.S.C. §1746 )

I, ENRIQUE BAHENA, declare under penalty of perjury that: I am the PETITIONER in the above-entitled action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge except as to matters stated therein upon information and belief, and as to those matters, I believe they are true:

Executed this 2nd day of MAY, 2008, at Centinela State Prison, P.O. Box 901, Imperial, CA 92251

U.C.C. 1-207, & 1-103

[Signature] Enrique Bahena
DECLARANT/PRISONER

*******************************************

## PROOF OF SERVICE BY MAIL

( C.C.P. Sec. §1013 (a) & 2015.5; 28 U.S.C. Sec. §1746 )

I, Gregg L. Barnes T-94664, am a resident of Centinela State Prison in the County of Imperial, State of California; I am over the age of eighteen (18) years and am not a party to the above-entitled action. My state prison address is:

P.O. Box 901 A4-137, Imperial, CA 92251

On May 2nd, 2008, I served the foregoing:

Notice of Lodgement, Stay & Abeyance, Supplemental petition & Facts, Declaration of Citizenship, Motion for the Proper Jurisdiction, Affidavit of Carol Ward.

(Set forth the exact title of document(s) served)

on the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States Mail, in a deposit box so provided at Centinela State Prison, P.O. Box 901, Imperial, CA 92251, addresses:

Supreme Court of the California Republic
350 McAllister Street
San Francisco, Calif. 94102

Attorney General of the California Republic
110 West 'A' Street, Suite 1100
San Diego, Calif. 92101

There is delivery service by United States Mail at the so addressed. and/or there is regular communication by mail between the place of mailing and the place so addressed. I declare XXXXXXXXXXXXXXXXXXXXXXXXXXXX that the foregoing is true and correct.

Without Prejudice U.C.C. 1-207 & 1-103

Dated: May 2nd, 2008

Greg L. Barnes
DECLARANT/PRISONER