**ENRIQUE BAHENA** J-67271
Centinela State Prison
P.O. Box 901 A2-216U
Imperial, CA 92251

FILED
NUNC PRO TUNC 2008 MAY 20 PM 3:24
MAY -9 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**SUPREME COURT OF THE CALIFORNIA REPUBLIC**

| | | |
|---|---|---|
| **ENRIQUE BAHENA**<br>Petitioner<br><br>vs.<br><br>**V. M. ALMAGER**, Warden<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. EHC-592<br><br>[Superior Court No. SCE 242240]<br><br>**4/25/08** 08CV0214 H(JMA)<br><br>**Notice of Legal Lodgment: Legal Lodgment of Supplemental Filings on Petition of Common Law Writ of Habeas Corpus ad subjiciendum.** |

Please take legal notice and lodge the following supplemental filings to case no. EHC-592, in this Honorable Court.

1) Declaration of Citizenship

2) Motion for the proper determination of jurisdiction and authority of the Americam Sovereignty.

3) Affidavit of Carol Ward.

4) Supplemental brief, arguments and extended pages of the Petition for the Common Law Writ of Habeas Corpus ad subjiciendum.

Without Prejudice U.C.C. 1-207 & 1-103

**Respectfully submitted,**

[signature]

ENRIQUE BAHENA

Please File the Motion for Stay & Abeyance, along with the above Articles of Legal Lodgements, Date Stamp & Return a copy for My Records, Thank You.

Have A Nice Day!

PRINTED ON RECYCLED PAPER

**ENRIQUE BAHENA** J-67271
Centinela State Prison
P.O. Box 901 A2-216U
Imperial, CA 92251

**IN THE SUPREME COURT OF THE CALIFORNIA REPUBLIC**

| | |
|---|---|
| **ENRIQUE BAHENA,** Petitioner, vs. **V. M. ALMAGER,** Warden Respondent, | Case No. **EHC-592** [Superior Court No. SCE 242240] **4/25/08** **Notice of Supplemental Filing: Petition for Common Law Writ of Habeas Corpus ad subjiciendum and Memorandum of Points and Authorities** |

To the Honorable Justice(s) of the Supreme Court of the California Republic, on supplemental petition for Writ of Habeas Corpus ad subjiciendum:

Comes now, Enrique Bahena, a natural free born Sovereign American Citizen of the American Republic, hereinafter "Petitioner" who asks thia Honorable Court to consider the facts and substance and not the form , as I am not a lawyer, but a humble student of the law.

I

I declare: I am actually a innocent man unlawfully caged at this time by the California Department of Corrections and Rehabilitation.

The grounds and causes herein are clear violations and repugnent to the Common Law, our American Constitution, my Unalienable, Natural and Fundamental Rights as endowed me by our Creator, God, The Supreme Being as a matter of my birthrights as an American Citizen, see the attached Declaration of Citizenship and the Motion for the Proper Jurisdiction and Authority.

Hearings, the Petitioner, Carol Ward, and ____________________ are ready and willing to attest to the true facts as are stated herein.



PRINTED ON RECYCLED PAPER

II

This petition for the Common Law Writ of Habeas Corpus ad subjiciendem is in fact legal, lawful and timely as presented.

III

This was not a case conducted with a sense of fairplay, of which is guaranteed by the Common Law, our American Constitution of this greatest country on earth, where freedoms and happiness are unalienable rights, the Doctrine of Fundamental Fairness, the English Bill of Rights of 1689.

IV

The true facts are: The Petitioner is actually innocent of all the so-called charges, the prosecutor knew that the home where the Petitioner had committed to so-called burglary was in fact the Petitioner's own home, where he had been paying the rent and in fact was paid up to date, with a two month deposit, see the signed affidavit of Carol Ward. The Petitioner had furniture, clothes and recent mail inside his home, (RT 224-225).

There is no injured American who wished to press charges, there is no signed legal formal complaint, no indictment or presentment.

It is fundamental in law that a man cannot burglarize his own home. (In supporting only, People v. Gauge(1975))

This was but a malicious prosecution by an over-zealous employee, the state prosecutor, of which the Petitioner, an American Citizen, who the prosecutor knew was in fact actually innocent of all the so-called charges.

The prosecutor was driven only by his self-interest to obtain a conviction and lengthy prison sentence by any means possible and at all cost.



PRINTED ON RECYCLED PAPER

(Supporting argument House v. Bell (2006) 126 S.Ct. 2064, 74; People v. Gauge (1975) 15 Cal. 3d 709; White v. Nichols (1845) 44 US 266)

The state prosecutor is but a corporate employee attempting to manufacture his own authority, in the place of the authority of the American Sovereignty.

There is no injured member of the American Sovereignty who in fact wished to sign and file a formal legal verified complaint. So the prosecutor simply signed and filed his own Bills of Information charging the Petitioner - an innocent man - with four stacked charges: Residential Burglary §460; Vandalism §594; Prison Prior §667(A)(1); and two Serious Prison Term Felony Strikes §667(B)-(1) and §1170.12.

The state prosecutor charged and put the Petitioner, a natural born citizen of the American Republic to trial, as a "Juristic Person" with man-created privileges and citizenship from Article I, §8. Clause 17, protected by the 14th Amendment. But the Petitioner is not the "Juristic Person." He is in fact a natural free born citizen of one of the several states of the Union, the American Republic, being endowed by our Creator, God, the Supreme Being with Certain Rights Unalienable, Natural, Fundamental as a matter of his birthrights as a member of the American Sovereignty.

The Petitioner's Unalienable, Natural, Fundamental Rights are in fact protected by the true power of the American Sovereignty which springs through the Common Law, the American Constitution, the American Bill of Rights, and the Constitutions of the several states of the Union, (ex parte Lange 85 US 163, 164, & 176 (1873)).

The Petitioner being raised to respect the law, and the fact that

he is not a lawyer, was in fact cunningly deceived by the acts of the state and the prosecutor; (supporting US v. Minker 350 US 179, 187; Brady v. US 397 US 742, 748 (1970); Billings v. Hall 7 Cal. 1 (1857)).

The petitioner, an American Citizen, did not intentionally, intelligently, knowingly or willingly waive any right and who now asserts all of his unalienable, Natural, Fundamental Rights, including his right to time.

The state's prosecutor's acts are in fact void, Billings v. Hall 7 Cal. 1 (1853). They did not even ask the American Sovereignty for the specific permission, the authority to put the Petitioner, a member of the American Sovereignty himself, to a trial by jury of his peers, in the form of unanimous suffrage of the grand jury an indictment or presentment.

The prosecutor knew the Petitioner was an innocent man, but out of motivation to secure a conviction and lengthy prison sentence at any means necessary, the prosecutor just fabricated his own charges, his own authority, his own evidence, and his own case.

The prosecutor presented the false evidence, false impressions along with his priors over and over to the good people of the jury. This, in fact, left the Petitioner defenseless against the overwhelming resources of the prosecutor.

The Petitioner's state appointed defense attorney was in fact contractually and Constitutionally incompetent. When the state lawyer took the case, it was in fact a contract to professionally investigate the case, to professionally prepare a defense, and to challenge the state and the prosecutor on all matters of law, the Common Law, the American Constitution, and all matters of juris-

PRINTED ON RECYCLED PAPER

diction and authority of the American Sovereignty.

The state appointed attorney did none of this, which cannot, under any theory, be deemed sound trial strategy. This was in fact a Breach of the Contract and clearly incompetent trial counsel. Ms. Albert, the trial counsel, had the duty to prepare and file the required motions. After all, she had everything to gain and nothing to lose. She had the duty to investigate or to make a reasonable decision that made the particular investigation unnecessary.

Ms. Albert failed to even contact the landlord or to interview the Petitioner's witness list, see attached affidavit (RT 224-225).

A lawyer who fails adequately to investigate and to introduce into evidence, [information] that demonstrates his/her client's factual innocence, or that raises sufficient doubts as to that question to undermine confidence in the verdict, renders deficient performance.

This case is clearly a malicious prosecution, in want of jurisdiction and authority of the American Sovereignty, the totality of these issues and causes in fact left the Petitioner defenseless against the uneven contest he found and still finds himself in.

It is fundamental in law that the Common Law, the Constitutions and statutes are to be construed liberally in favor of an American charged with a crime. (Ex parte Lange 85 US 163, 164 (1873))

The Petitioner's rights are unalienable, created and endowed him by the hand of God himself, no man or group of men can overwrite or put asunder what the Supreme Being himself created, as they do not have the authority, except by the Great Protective Principles of the Common Law, the Doctrine of Due Process, in the words of the Supreme Court: "...embodied system of rights based on Moral Prin-

PRINTED ON RECYCLED PAPER

ciples so deeply embedded in the traditions and feelings of our people as to be deemed fundamental. Due process is that which comports with the deepest Notions of what is fair and right and just." Tracing all the way back to Chapter 39 of the Magna Carta of 1215, in which King John promised that "[N]o free man shall be taken or imprisoned or disseized or exiled or in any way harmed - nor will we go upon him nor send upon him - save by the lawful judgement of his peers."

The English Bill of Rights of 1689... held eternal in Ex Parte Milligan 71 US, 2, 66, (1866): "But our fathers were not absurd enough to put unlimited power in the hands of the ruler and take away the protections [71 US 67] of law from the rights of the individuals. It was not thus that they meant to secure the blessings of liberty to themselves and to their posterity. They determined that not one drop of the blood which had been shed on the other side of the Atlantic during seven centuries of contest with arbitrary power, should sink into the ground; but the fruits of every popular victory should be garnered up in the new government - 'Of all the Great Rights already won they threw not one atom away.' They went over the Magna Carta, the Petition of Rights, the Rules of the Common Law, and whatever was found there to favor individual liberties they inserted in their own systems, improved by clear expression, strengthened by heavier sanctions and extended by a more universal application. They put all those provisions into the organic law, so that neither tyranny in the executive, nor party rage in the legislature, could change them without destroying the government itself, [sic]."

This was not the trial conducted in a regular court of compet-

PRINTED ON RECYCLED PAPER

ent jurisdiction, with a sense of fairplay, but an unconstitutional prosecution to fill prison cages. In this case all that is required is that the Petitioner, an innocent man, an American Citizen is entitled to the benefit of the doubt, to any and all reasonable doubts.

The clear remedy is to arrest the judgement, as to the want of jurisdiction and the want of authority of the American Sovereignty, the Common Law Writ of Habeas Corpus ad subjiciendem and an order for the Petitioner's immediate release from his unlawful confinement. Thank you.

V

American Constitutional Grounds I, Argument; In want of Standing, Jurisdiction and Authority of the American Sovereignty, the state, the prosecutor's attempts to manufacture his own by fabricating a case and evidence, and by signing his own stacked Bills of Information.

It is Fundamental Common Law, there must be an injured member of the American Sovereignty to personally wish to press formal legal charges, to personally sign and file formal legal verified complaint.

There is no signed legal complaint, but for the prosecutor's own fabricated stacked charges, setting up want of Standing, Jurisdiction and Authority.

The state, the prosecutor attempts to manufacture his own standing, his own jurisdiction and authority. He failed to ask the American Sovereignty for the specific permission, for the fundamental authority to put the Petitioner, a member of the American Sovereignty, to a trial by jury of his peers.

All four of the charged felonies are infamous so-called crime,

PRINTED ON RECYCLED PAPER

with extensive prison terms.

The state must have a criminally injured member of the American Sovereignty to wish to sign and file a formal legal verified complaint, and indictment or presentment, to then ask permission, for the authority from twelve (12) members of the American Sovereignty to find it true on the unanimous oaths, before the Grand Jury hands over the specific permission, the specific authority, to then put him to trial by a jury of his peers, without it setting up want of Jurisdiction of the court, and matter.

The right to be charged by indictment or presentment is a Fundamental Right of a member of the American Sovereignty, the Petitioner, which cannot by waived by him so as to deprive such a party of afterwards setting up want of Jurisdiction in the court to try him, Ex parte McClusky (1889) 40 F, 71 quoting.

"In a criminal proceeding against a party he may waive certain things, but cannot waive a Fundamental Right affecting the very jurisdiction of the court to try him, and, even though he may have attempted to waive such Right, in a case where he has been found guilty and is imprisoned, he may sue out a Writ of Habeas Corpus, and obtain his release, because he has been tried and convicted without Due Process of Law, and against the Constitution and laws of the Continental United States of America.

In Mackin v. US 117 US 352 the Supreme Court held: If, under the law, he may be sentenced to state prison or penitentiary, either with or without hard labor, infamous.

Can a party waive a Right to be charged by indictment or presentment; and if so, is his plea of guilty to a charge contained in an information not authorized by the law a waiver of his Right to

PRINTED ON RECYCLED PAPER

to be accused by an indictment? A party cannot waive a Constitutional Right when its effect is to give a court jurisdiction. (Hawes, Jur. 11, 12). The 5th Amendment, that no person shall be held to answer for a capital or otherwise infamous crime unless on a presentment or indictment of a Grand Jury, provides for a requisite to jurisdiction. (Ex parte Bain 121 US 1; Parkinson v. US 121 US 281)

The crime is of such a nature that an indictment to warrant prosecution of the crime is required by the law, the court has no jurisdiction to try without such an indictment.

Can a party consent to jurisdiction? Can he, by an agreement with a state surrender his liberty for a stipulated time? Has any person the Right to surrender his liberty in violation of a fundamental Right, secured to him (by God) for the protection of the liberty of such person by the 5th Amendment to the Constitution of these United States of the American Republic? No man or no power has the Right to take away another's liberty, even though with consent, except by the Common Law Due Process of law.

Due Process of law, in a case like one charged against Petitioner, means compliance by the government with Fundamental requisites, such as that the party shall be charged with the crime in the way protected by our Constitution and laws, is an unalienable Right, prerogative, of which no man by mere agreement can divest himself. Any divestiture not occurring by the Common Law Due Process of law is null and void." [sic] Ex parte McClusky 40 F, 71 (1889), quoting.

The state, the prosecutor fabricated his own case, his own evidence, his own standing, his own Jurisdiction and authority of the American Sovereignty, setting up want of Standing, Jurisdiction and authority.

PRINTED ON RECYCLED PAPER

The charges, trial and convictions are in fact clearly repugnant to the Common Law, the American Constitution Amendments 1, 4, 5, 6 & 7; the English Bill of Rights of 1689 Articles 2, 3, 4, 5, 6 and 7.

VI

American Constitutional Grounds II, Argument: The Petitioner is actually innocent of all the so-called charges, now falsely imprisoned.

This is a case, where an over-zealous state employee, the prosecutor, used the might, power and resources of the State of California to personally bring charges, prosecute and convict the Petitioner, an innocent man, with the single goal of acquiring a conviction and a lengthy prison term at any and all cost.

It is Fundamental in Law, that an American Citizen cannot burglarize his own home, a home that he owns, rents, or resides, or lives in.

The home at 2537 Gladiola Drive in the city of Campo, California, had been and was the home of the Petitioner and his longtime live-in girlfriend, Cheryl Ward. Where in fact the Petitioner had paid the security deposits and monthly rent of $500.00 per month, which was paid up to date on the day the so-called crime occurred. The Petitioner's belongings were inside the home, his clothes, property, furniture and mail addressed to him at the same home.

The Petitioner was at the time clearly the rightful and lawful lessor of it. See the attached Affidavit of Carol Ward, the actual landlord, and RT 224-225.

The Petitioner had personal issues with his longtime live-in girlfriend, Cheryl Ward, and had done the right thing, not wanting

PRINTED ON RECYCLED PAPER

to be confrontational with his loved one, went to a friend's home for a couple of days, in order that the time would cool down and defuse the personal issues, out of love for his longtime live-in girlfriend. It was in fact unfortunate that the personal issues between the Petitioner and his loved one, his longtime live-in girlfriend, that the Petitioner grew hurt and angry and decided to take it out on his personal home, instead of his loved one, but however unfortunate it was, it was in fact totally within his legal Rights, the home and property were legally his. (Supporting argument People v. Gauge (1975) 15 Cal.3d 709, En Banc Supreme Court of California)

The Doctrine of Standing, the Common Law, the American Constitution there must be a criminally injured member of the American Sovereignty to wish to and formally sign and file a formal legal verified complaint, and indictment or presentment.

There is no personally criminally injured American Citizen who in fact wished to and formally signed and filed a legally verified formal complaint, an indictment or presentment.

This is not a case in a regular court of competent jurisdiction with a trial conducted with a sense of fairplay, where we would look to the judgment weighted in favor of the prosecution, but this case was in fact Constitutionally infirm, unfair in want of Standing, in want of jurisdiction and authority of the American Sovereignty. (Supporting Billings v. Hall 7 Cal, 1 (1853); White v. Nichols 44 US 266 (1845); House v. Bell 126 S.Ct. 2064, 75; People v. Gauge 15 Cal. 3d 709 (1975))

The Petitioner, an innocent American Citizen, now having paid in heavy coin that the prosecutor cannot repay, he is in fact entitled to the benefit of the doubts, any and all reasonable doubts.

PRINTED ON RECYCLED PAPER

The Petitioner has now in fact presented this Honorable Court with clear and convincing proof, that the Petitioner is actually an innocent man, and is thereby entitled to the remedy, an acquital of all charges, the Writ of Habeas Corpus ad subjiciendum and an order for his immediate release. Thank you.

VII

American Constitutional Grounds III, Argument: This is a case of malicious prosecution, Fabricated Standing, and case whereby False evidence and False impressions were in fact created and presented by two state employees, Deputy Richard Phillips and the prosecutor, who used the might, power and resources of the State of California in an uneven contest with the Petitioner, an innocent man, to obtain a conviction and lengthy prison term at any cost.

There is clear and convincing proof as presented herein to this Honorable Court, of violations of the Common Law Due Process, the American Constitution Amendments 4, 5, 6, & 7; and the English Bill of Rights of 1689.

The prosecutor knew the Petitioner had complete Right and entitlement to his home at 2537 Gladiola Drive in the city of Campo, California. There is no criminally injured American Citizen who wished to press and sign formal legal verified charges, no indictment or presentment.

Even with knowledge of the true facts, the over-zealous deputy and prosecutor saw their opportunity and pressed on to fabricate a case and the prosecutor just signed and filed his own personal charges, anything for a conviction and a lengthy prison term.

The prosecutor presented the false impression and the Petit-

PRINTED ON RECYCLED PAPER

ioner's prior acts over and over to show propensity to have committed the so-called felony acts, the burglary of a home, but in truth we know in fact it is his own personal home, no crime at all, clearly a miscarriage of justice.

This in fact left the Petitioner defebseless against the overwhelming resources and in an uneven contest with the state.

The Great Protective Principles of the Common Law, found in the Petitioner's unalienable, Natural and Fundamental Rights prevent the state from fabricating their own Standing and case, from presenting false impressions and past bad acts to show propensity, the Petitioner must be brought to a trial in a regular court of competent jurisdiction for a specific criminal injury for a specific crime.

With a sense of Fairplay, with the Truth and nothing but the truth of specific acts of the criminal charge at hand, that a jury of his peers might honestly find beyond all reasonable doubts, before unanimously handing him over to the state for a specific punishment, by the laws of Nature and of Nature's God.

The prosecutor's true role is one of honor, in the true search for justice, with a true sense of Fairplay in the search for the truth and nothing but the truth, it is not to win these uneven contests at any and all costs. (Supporting Hayes v. Brown 399 F.3d 972 ___2005) 972, 978, 985

Deuteronomy 19: 18-21

18) And the judges shall make diligent inquisition; and behold if a witness be a false witness, and hath testified falsely against his brother;

19) Then shall ye do unto him, as he had thought to have done

unto his brother; so shalt thou put the evil away from you.

This is a clear miscarriage of justice, an abuse of might, power and resources of this Great State of the California Republic.

The Petitioner's remedy is a reversal without regard to retrial or prejudice, the Common Law Writ of Habeas Corpus ad subjiciendum and an order for his immediate release. Thank you.

## VIII

American Constitutional Grounds IV, Argument: The state appointed defense lawyer, was in fact contractually and Constitutionally incompetent, violations of the Common Law, Amendments 5, 6, & 7, U.S. C.A., and the English Bill of Rights of 1689.

When Ms. Albert, a licensed lawyer with the Bar of the State of California, took the Petitioner's case it was in fact a legal contract to professionally investigate, conclude an effective strategy, defense and motions, and to confront the state and the prosecution professionally on all matters of law, the Common Law, the case, evidence, and all matters of jurisdiction and authority of the American Sovereignty.

The Petitioner is an innocent man, clearly the state appointed lawyer failed in her obligations as a professional licensed attorney of the Bar of the State of California, thereby leaving the Petitioner defenseless in the uneven contest with the might, power and unlimited resources of the state, the prosecutor and his over-zealous thirst to obtain convictions and lengthy prison terms at any and all cost. Please see the attached Affidavit of Carol Ward and (RT 224-225).

It is clear the Petitioner a innocent man has been greatly prejudiced by his lawyer's failings as he has been roughly convicted



PRINTED ON RECYCLED PAPER

and unlawfully caged by the California Department of Corrections and Rehabilitation.

Ms. Albert had the professional duty to prepare and file the required motions, after all, she had everything to gain and nothing to lose in doing so.

Ms. Albert had the professional duty to investigate and prepare or to make reasonable decisions that would make the particular investigations and preparations unnecessary.

The Standing, law and case were in fact left completely unchallenged, a complete failure to acquire the true facts, law and jurisdiction of this case.

The High Court has held: "A Lawyer who fails adequately to investigate and to introduce into evidence, [information] that demonstrates his client's factual innocence, or that raises sufficient doubts as to that question to undermine confidence in the verdict, renders deficient performance.

Although trial counsel is typically afforded leeway in making tactical decisions regarding trial strategy, counsel cannot be said to have made a tactical decision without first procuring the information necessary to make such a decision.

When counsel fails to contact a potential witness or witnesses, he could not be presumed to have made an informed tactical decision not to call the witness.

The failure to interview or to attempt to interview key prosecution witnesses constitutes deficient performance.

He can hardly be said to have made a strategic choice when he has not obtained the facts on which such a decision could be made."

The numeration and totality of errors the Petitioner a innocent

PRINTED ON RECYCLED PAPER

man is entitled to the remedy, the Writ of Habeas Corpus ad subjiciendum, and an order for his immediate release from his unlawful imprisonment. Thank you.

I pray the Honor of the Court, to find the totality of grounds and issues and make this Writ of Habeas Corpus ad subjiciendum. Thank you.

I swear this to be true and correct to the best of my knowledge, by the alpha and the omega, by the Holy Scriptures.

Have a nice day!

Without prejudice U.C.C. 1-207, 1-103 & 1-105

Enrique Dahn

PRINTED ON RECYCLED PAPER

**AFFIDAVIT OF**

**CAROL WARD**

I, Carol Ward, do declare as follows that:

1. I am the lawful owner of and hold title to the real property located at 2537 Gladiola Drive in the City of Campo.

2. Enrique Bahena and I entered into a verbal agreement that he would pay rent on a month to month basis in the amount of $ 500 per month for possessory right to reside at the property mentioned hereinabove.

3. Enrique Bahena made a security deposit in the amount of $ 1000 in cash, consisting of the first and last months' rental payments as a condition of the Rental Agreement.

4. The Rental Agreement began on October 1, 2003.

5. Enrique Bahena did not default on any rental payments during his tenancy.

6. He made his last rental payment on July 1, 2004.

7. Mr. Bahena was a lawful tenant pursuant to our agreement on July 24, 2004.

8. Based on the rental payments made by Mr. Bahena, his tenancy was valid until August 31, 2004.

9. I did not terminate the Rental Agreement.

10. I did not petition any court of law for eviction proceedings against Enrique Bahena.

11. If summoned to testify in a court of law, the substance of my testimony will be consistent with the foregoing affidavit.

I, the undersigned, declare under the penalty of perjury under the laws of California that the foregoing is true and correct, except as to matters that are stated based on information and belief, and as to those matters I believe them to be true.

Date: 1-10-08

Carol C. Ward

CAROL WARD, AFFIANT

# DECLARATION OF CITIZENSHIP

To whom it may concern, Case No. EHC-572 California Supreme

I, Enrque Bahena , **am a member of the Sovereignty as** defined in **YICK WO VS. HOPKINS, 118 U.S., 356 AND, THE DRED SCOTT CASE, 60 U.S. 393.**

Please be advised that I am a non resident alien, (AMERICAN), of the United States, never having lived, worked nor having received income from any source within the district of Columbia, Puerto Rico, Virgin Islands, Guam, American Somoa, or any other territory within the United States, which entity has its origin and jurisdiction from Article I, Section 8, Clause 17 of the U.S Constitution. I am, therefore, not subject to the jurisdiction of the United States, nor of the defacto corporation known as the state of California which is a fictitious name for business purposes.

Under the Constitution of the United States, I have certain unalienable rights. Citizens of the 50 states are under judicial precedent law, created by Article III justice courts of law.

The Constitution of the United States of America is the supreme law of the land. **"LAW OF THE LAND MEANS COMMON LAW." See TAYLOR VS. PORTER, 4 HILL. 140, 146, STATE VS. SIMON 2 SPEARS, 761, 767. Also, see § 22.2 CALIFORNIA GOVERNMENT CODE.**

To the best of my knowledge the foregoing is true and correct.

Without Prejudice UCC 1-207; UCC 1-103; U.C.C. 1-105

Signature: Enrique Bahena Dated this day - 04/13/08

CLCF HH-03-02