**ENRIQUE BAHENA** J-67271
Centinela State Prison
P.O. Box 901 A2-216U
Imperial, CA 92251

**NUNC PRO TUNC**
MAY -9 2008

FILED
2008 MAY 20 PM 3:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF THE CALIFORNIA REPUBLIC**

**ENRIQUE BAHENA,** Petitioner )
)
vs. )
)
**V. ALMAGER,** Warden, Respondent )

Case No. **CV-08-0214-H-(JMA)**

[Superior Court Case No. SCE 242240]

[California Supreme Court No. EHC 592]

**4-17-08** 08CV0214 H(JMA)

**Notice of Motion:**
**Motion to stay the proceedings and hold my petition for Writ of Habeas Corpus ad subjiciendum in abeyance to exhaust.**

I pray the Honor of the Court in this motion to stay the proceedings and hold my petition for Writ of Habeas Corpus ad subjiciendum in abeyance and legal lodgments.

Comes now, Enrique Bahena, a natural free born citizen of the American Republic, hereinafter "Petitioner," who asks this Honorable Court to look to the substance and not the form as I am not a lawyer but a humble student.

I move this Honorable Court to now Stay the proceedings and Hold my petition for Writ of Habeas Corpus ad subjiciendum in abeyance, until the Supreme Court of the California Republic has exhausted the now pending Petition for Writ of Habeas Corpus ad subjiciendum Case no. EHC-592 attached herein.

I ask for leave to amend my pending petition, once the Supreme Court of the California Republic renders its decision on the merits of my American Constitutional grounds now pending.



PRINTED ON RECYCLED PAPER

This motion is made that I may preserve my timely filing of the petition now pending in this Honorable Court, Thank you.

I swear this to be true and correct to the best of my knowledge by the aplha and the omega, by the Holy Scripture.

Have a nice day!

Without prejudice U.C.C. 1-207 & 1-103

Greg J Barnes Prepared by

Please lodge and file with the Honorable Court, date stamp and return a copy for my records, in the enclosed self-addressed and stamped envelope. Thank you.

Without Prejudice U.C.C. 1-207 & 1-103
Respectfully submitted,

Enrique Bahena

ENRIQUE BAHENA



PRINTED ON RECYCLED PAPER