# CERTIFICATE OF SERVICE

Case Name: **Bahena v. Almager**
No.: **08CV0214 H (JMA)**

I declare:

On July 2, 2008, I electronically filed the following document(s):

**OPPOSITION TO PETITIONER'S MOTION TO STAY PROCEEDINGS PENDING EXHAUSTION OF STATE COURT REMEDIES**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Enrique Bahena, J-67271
Centinela State Prison
P.O. Box 901
Imperial, CA 92251

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 2, 2008, at San Diego, California.

| | |
|---|---|
| Rowena Tolentino | RTolentino |
| Declarant | Signature |

SD2008800794
80256276.wpd