EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
SCOTT C. TAYLOR, State Bar No. 137887
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2605
Fax: (619) 645-2191
Email: Scott.Taylor@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE BAHENA,**<br><br>Petitioner,<br><br>**v.**<br><br>**VICTOR M. ALMAGER, Warden, et al.,**<br><br>Respondents. | 08CV0214 H (JMA)<br><br>**NOTICE OF LODGING** |

Respondent hereby lodges with the Court for consideration with these proceedings a copy of the following document from the proceedings in *People v. Enrique Bahena*, Superior Court case number SCE242240:

1. Petition for Review filed in the California Supreme Court, dated September 21, 2006.

/ / /

/ / /

/ / /

/ / /

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: July 2, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

KEVIN VIENNA
Supervising Deputy Attorney General

s/Scott C. Taylor
SCOTT C. TAYLOR
Deputy Attorney General
Attorneys for Respondent

SCT:rt
80256174.wpd
SD2008800794

# CERTIFICATE OF SERVICE

Case Name: **Bahena v. Almager**
No.: **08CV0214 H (JMA)**

I declare:

On July 2, 2008, I electronically filed the following document(s):

**NOTICE OF LODGING**

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:

NONE

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Enrique Bahena, J-67271
Centinela State Prison
P.O. Box 901
Imperial, CA 92251

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 2, 2008, at San Diego, California.

| | |
|---|---|
| Rowena Tolentino | RTolentino |
| Declarant | Signature |

SD2008800794
80256366.wpd