ENRIQUE BAHENA
J-67271 73-16UP
5100 O'BYRNES FERRY ROAD
JAMESTOWN, CA 95327

PETITIONER IN PRO SE

NUNC PRO TUNC
AUG 28 2008

FILED
SEP 2 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BAHENA,<br><br>Petitioner,<br><br>vs.<br>I.D. CLAY<br>[redacted] [redacted]. [redacted], Warden,<br><br>Respondent. | CIVIL NO. 08-0214H (JMA)<br><br>EX PARTE MOTION FOR APPOINTMENT OF COUNSEL<br><br>28 U.S.C. 1915 |

Comes now, Enrique Bahena, Petitioner, a State prisoner proceeding in pro se, and moves this Honorable Court for appointment of counsel to represent him for the remainder of the proceedings pursuant to 28 U.S.C. 1915 (d).

The foregoing motion is made upon grounds that good cause exists to support the necessity of assistance of counsel to prosecute the instant petition for writ of habeas corpus in the interest of justice.

This motion is based upon the declaration of Petitioner Enrique Bahena and the attached memorandum of points and authorities in support of this motion herein.

Dated: 8/14/2008

Respectfully submitted,

[signature: Enrique Bahena]
ENRIQUE BAHENA
Petitioner In Pro Se

ENRIQUE BAHENA
J-67271 73-16UP
5100 O'BYRNES FERRY ROAD
JAMESTOWN, CA 95327

PETITIONER IN PRO SE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE BAHENA,<br>PETITIONER,<br>vs.<br>I.D. CLAY<br>[redacted], WARDEN,<br>RESPONDENT. | CIVIL NO. 08-0214H (JMA)<br><br>DECLARATION OF ENRIQUE BAHENA IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL |

I, Enrique Bahena, am over eighteen years old, the Petitioner in the above entitled cause, and can competently testify of my own personal knowledge that:

1. I am currently incarcerated at S.C.C. [redacted] State Prison, JAMESTOWN [redacted], California.
2. I lack any substantial form of income to employ the services of private counsel to prosecute the instant petition for writ of habeas corpus.
3. I only have limited access to a law library and other materials necessary to facilitate proper legal research; the time permitted to study available legal materials is extremely limited during access periods.
4. I have limited education and no education in the law. I do not understand complex reasoning, standards or language when attempting to study case precedent, codes, statutes, and other legal publications. I was required to enlist the

assistance of fellow prisoners with limited knowledge of the law, in order to prepare and file the pleadings previously filed with the court, including this current motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/14/2008

Enrique Bahena

ENRIQUE BAHENA
DECLARANT

**VERIFICATION**

STATE OF CALIFORNIA ) On This Day, Listed Court Pleadings Were Given
COUNTY OF ) To Prison Official For Filing/Mailing
( C.C.P. §446 & 2015.5; 28 U.S.C. §1746 )

I, **ENRIQUE BAHENA**, declare under penalty of perjury that:

I am the PETITIONER in the above-entitled action; I have read the foregoing documents and know the contents thereof; and the same is true of my own knowledge except as to matters stated therein upon information and belief, and as to those matters, I believe they are true:

Executed this 14 day of AUGUST, 2008, at Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown, CA 95237

[Signature] Enrique Bahena
Declarant/Prisoner

***********************************

PROOF OF SERVICE BY MAIL

( C.C.P. Sec. §1013 (a) & 2025.5; 28 U.S.C. Sec. §1746 )

I, **ENRIQUE BAHENA**, am a resident of Sierra Conservation Center in the county of TUOLUMNE, State of California; I am over the age of eighteen (18) years and am a party of the above-entitled action. My state prison address is:

5100 O'Byrnes Ferry Road, Jamestown, California 95327

On AUGUST /14, 2008, I served the foregoing:

MOTION FOR STAY AND ABEYANCE; MEMORANDUM OF POINTS AND AUTHORITIES

EX PARTE MOTION FOR APPOINTMENT OF COUNSEL; DECLARATION OF ENRIQUE

BAHENA IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL
(Set forth the exact title of document(s) served)

on the part(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States MAil, in a deposit box so provided at Sierra Conservation Center, 5100 O'Byrnes Ferry Road, Jamestown CA 95237 addresses:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**880 FRONT STREET, SUITE 4290**
**SAN DIEGO, CA 92101**

There is delivery service by United States Mail at the so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed. I declare under penalty of perjury that the foregoing is true and correct.

Dated: AUGUST/14/, 2008

Enrique Bahena
Declarant/Prisoner